**B1 (Official Form 1)  (4/10)**

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pace, Michael J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Pace, Diane** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4071** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9533** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**730 Lathrop Ave**<br>**River Forest, IL**<br>ZIPCODE **60305** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**730 Lathrop Ave**<br>**River Forest, IL**<br>ZIPCODE **60305** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                      Nonmain Proceeding<br>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer    ☐ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                                Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Pace, Michael J & Pace, Diane** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed: **None** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual <br> whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X */s/ Brett A. Kaufman*                                 **7/01/11**
Signature of Attorney for Debtor(s)                              Date

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Pace, Michael J & Pace, Diane |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael J Pace**
Signature of Debtor                    **Michael J Pace**

X **/s/ Diane Pace**
Signature of Joint Debtor              **Diane Pace**

Telephone Number (If not represented by attorney)

**July 1, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Brett A. Kaufman**
Signature of Attorney for Debtor(s)

**Brett A. Kaufman 6280329**
**Marc H Weinstein & Associates**
**4415 W Harrison St - Ste 234**
**Hillside, IL  60162**
**(708) 375-5500  Fax: (708) 375-5503**
**brett@mhwlaw.net**

**July 1, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                          Case No. _____

Pace, Michael J _____ Chapter **7** _____

                             Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Michael J Pace* _____

Date: **July  1, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

IN RE: _____

Pace, Diane _____
<div align="center">Debtor(s)</div>

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

　　☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

　　☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

　　☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: **/s/ Diane Pace** _____

Date: **July  1, 2011** _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                  Case No. _____

**Pace, Michael J & Pace, Diane**  _____   Chapter **7** _____
                                   Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 750,000.00 | | |
| B - Personal Property | Yes | 3 | $ 407,352.57 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,973,991.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | $ 1,262,874.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 6,738.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 16,704.36 |
| | TOTAL | 31 | $ 1,157,352.57 | $ 3,236,865.47 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:

Case No. _____

Pace, Michael J & Pace, Diane

Chapter **7** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 6,738.30 |
| Average Expenses (from Schedule J, Line 18) | $ | 16,704.36 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,630.49 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ 1,199,457.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ 0.00 |
| 4. Total from Schedule F | | | $ 1,262,874.47 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ 2,462,331.47 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Pace, Michael J & Pace, Diane**

Debtor(s)

Case No. _____

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence: 730 Lathrop Ave, River Forest, IL 60305** | **Tenancy by the Entirety** | **J** | **750,000.00** | **974,542.00** |
| | | **TOTAL** | **750,000.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Pace, Michael J & Pace, Diane _____    Case No. _____

Debtor(s)    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash in wallet** | J | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Acct** | J | 500.00 |
| | | **Forest Park Bank Checking Acct** | W | 400.00 |
| | | **Metropolitan Bank Checking Acct** | J | 1,000.00 |
| | | **US Bank Checking Acct** | J | 110.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Misc used household goods and furnishings (furniture, couchs, tvs, dining room table, bedroom sets)** | J | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Necessary clothing** | J | 2,500.00 |
| 7.  Furs and jewelry. | | **Necklaces, rings, watchs, earrings** | J | 2,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **John Hancock Life Insurance Co - Term Life Insurance Policy - No Cash Value** | J | 0.00 |
| | | **Northwestern Mutual Life Insurance Policy** | H | 0.00 |
| | | **Northwestern Mutual Life Insurance Policy** | W | 0.00 |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **American Funds IRA/Rollover Acct** | W | 68,209.33 |
| | | **American Funds IRA/Rollover Acct** | H | 77,318.15 |
| | | **Fidelity IRA 401(k) Plan** | W | 20,297.51 |
| | | **Northwestern Mutual IRA Acct** | W | 25,213.00 |
| | | **Northwestern Mutual IRA Acct** | H | 25,213.30 |
| | | **Primerica IRA Acct** | W | 73,921.18 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Pace, Michael J & Pace, Diane</u>                                    Case No. _____
               Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Primerica IRA Acct** | H | **81,970.10** |
| | | **7410-12 West Madison Avenue LLC (25% owner)** | W | **0.00** |
| | | **7410-12 West Madison Avenue LLC (25% owner)** | H | **0.00** |
| | | **Advocate Counseling Center, Inc (50% owner)** | W | **0.00** |
| | | **LaBella Pasteria, Inc (100% owner) - Closed** | H | **0.00** |
| | | **PSP Restaurant, Inc (33% owner) - Closed** | W | **0.00** |
| | | **Scapa Inc (33% owner)** | W | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Volkswagen** | W | **12,000.00** |
| | | **2008 Volkswagen** | W | **13,000.00** |
| 26. Boats, motors, and accessories. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **407,352.57** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Pace, Michael J & Pace, Diane** _____    Case No. _____
                              Debtor(s)                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash in wallet** | **735 ILCS 5 §12-1001(b)** | **200.00** | **200.00** |
| **Bank of America Checking Acct** | **735 ILCS 5 §12-1001(b)** | **500.00** | **500.00** |
| **Forest Park Bank Checking Acct** | **735 ILCS 5 §12-1001(b)** | **400.00** | **400.00** |
| **Metropolitan Bank Checking Acct** | **735 ILCS 5 §12-1001(b)** | **1,000.00** | **1,000.00** |
| **US Bank Checking Acct** | **735 ILCS 5 §12-1001(b)** | **110.00** | **110.00** |
| **Misc used household goods and furnishings (furniture, couchs, tvs, dining room table, bedroom sets)** | **735 ILCS 5 §12-1001(b)** | **3,500.00** | **3,500.00** |
| **Necessary clothing** | **735 ILCS 5 §12-1001(a)** | **2,500.00** | **2,500.00** |
| **Necklaces, rings, watchs, earrings** | **735 ILCS 5 §12-1001(b)** | **2,000.00** | **2,000.00** |
| **American Funds IRA/Rollover Acct** | **735 ILCS 5 §12-1006(a)** | **68,209.33** | **68,209.33** |
| **American Funds IRA/Rollover Acct** | **735 ILCS 5 §12-1006(a)** | **77,318.15** | **77,318.15** |
| **Fidelity IRA 401(k) Plan** | **735 ILCS 5 §12-1006(a)** | **20,297.51** | **20,297.51** |
| **Northwestern Mutual IRA Acct** | **735 ILCS 5 §12-1006(a)** | **25,213.00** | **25,213.00** |
| **Northwestern Mutual IRA Acct** | **735 ILCS 5 §12-1006(a)** | **25,213.30** | **25,213.30** |
| **Primerica IRA Acct** | **735 ILCS 5 §12-1006(a)** | **73,921.18** | **73,921.18** |
| **Primerica IRA Acct** | **735 ILCS 5 §12-1006(a)** | **81,970.10** | **81,970.10** |
| **2008 Volkswagen** | **735 ILCS 5 §12-1001(c)** | **645.00** | **13,000.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE  Pace, Michael J & Pace, Diane
        Debtor(s)                          Case No. _____
                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8802**<br><br>**BAC Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA  93065** | | J | **2nd Mortgage account opened 2007-03-20**<br><br>**Residence: 730 Lathrop Ave, River Forest, IL 60305**<br>VALUE $ **750,000.00** | | | | **14,561.00** | **14,561.00** |
| ACCOUNT NO. **9032**<br><br>**Chase Mortgage**<br>**10790 Rancho Berna**<br>**San Diego, CA  92127** | | J | **Mortgage account opened 2007-03-20**<br><br>**Residence: 730 Lathrop Abe, River Forest, IL 60305**<br><br>VALUE $ **750,000.00** | | | | **959,981.00** | **209,981.00** |
| ACCOUNT NO. **8900**<br><br>**Forest Park National Bank & Trust Co**<br>**7348 W Madison St**<br>**Forest Park, IL  60130** | X | J | **Mortgage balance as of 2011-05-16**<br><br>**7410-12 West Madison St LLC  business debt/Personal guarantee**<br><br>VALUE $ | | | | **974,560.00** | **974,560.00** |
| ACCOUNT NO. **6003**<br><br>**VW Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL  60048** | | W | **Installment account opened 2008-07-25**<br><br>**2008 Volkswagen**<br><br>VALUE $ **13,000.00** | | | | **12,534.00** | |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)  $ **1,961,636.00**  $ **1,199,102.00**

Total
(Use only on last page)  $  $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane** _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0554**<br><br>**VW Credit Inc**<br>**1401 Franklin Blvd**<br>**Libertyville, IL  60048** | | **W** | **Installment account opened 2009-05-29**<br><br>**2005 Volkswagen**<br><br>VALUE $ **12,000.00** | | | | **12,355.00** | **355.00** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **12,355.00**    $ **355.00**

Total (Use only on last page)    $ **1,973,991.00**    $ **1,199,457.00**

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Pace, Michael J & Pace, Diane** _____  Case No. _____
<div style="text-align:center">Debtor(s)</div> <div style="text-align:right">(If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Pace, Michael J & Pace, Diane

Debtor(s)          Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2125** <br><br> **4E1 Hinsdale, LLC** <br> **431 S Dearborn St Ste 203** <br> **Chicago, IL 60605** | | J | **Judgment entered 2010-09-16** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **43,430.09** |
| ACCOUNT NO. <br><br> **Markoff & Krasny** <br> **29 N Wacker Dr #550** <br> **Chicago, IL 60606** | | | **Assignee or other notification for:** <br> **4E1 Hinsdale, LLC** | | | | |
| ACCOUNT NO. **1118** <br><br> **AdvanceMe, Inc.** <br> **2015 Vaughn Rd Bldg 500** <br> **Kennesaw, GA 30144** | X | W | **Open account opened** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **114,369.04** |
| ACCOUNT NO. **0016** <br><br> **Advanta Bank Corp** <br> **PO Box 844** <br> **Spring House, PA 19477** | | H | **Revolving account opened 1996-03-21** <br><br> **La Bella Pasteria business debt/credit card charges** | | | | **43,470.00** |

**17** continuation sheets attached

Subtotal (Total of this page) $ **201,269.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sentry Credit Inc**<br>**2809 Grand Ave**<br>**Everett, WA  98201** | | | Assignee or other notification for:<br>**Advanta Bank Corp** | | | | |
| ACCOUNT NO.<br>**Alsco Chicago**<br>**2641 S Leavitt**<br>**Chicago, IL  60608** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 2,469.91 |
| ACCOUNT NO. **8548**<br>**American Marketing & Publishing, LLC**<br>**PO Box 982**<br>**DeKalb, IL  60115** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 1,353.96 |
| ACCOUNT NO.<br>**Transworld Systems**<br>**1375 E Woodfield Rd #110**<br>**Schaumburg, IL  60173** | | | Assignee or other notification for:<br>**American Marketing & Publishing, LLC** | | | | |
| ACCOUNT NO.<br>**American Society Of Composers, Authors &**<br>**2675 Paces Ferry Rd SE Ste 350**<br>**Atlanta, GA  30339** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 557.50 |
| ACCOUNT NO. **2002**<br>**Amex**<br>**PO Box 981537**<br>**El Paso, TX  79998** | | H | **Open account opened 1986-02**<br><br>**Credit card charges** | | | | 592.00 |
| ACCOUNT NO.<br>**NCO Financial Systems, Inc**<br>**507 Prudential Rd**<br>**Horsham, PA  19044** | | | Assignee or other notification for:<br>**Amex** | | | | |

Sheet no. ___**1**___ of ___**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,973.37**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**

Debtor(s)                                                Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8343**<br>**Amex**<br>**PO. Box 981537**<br>**El Paso, TX  79998** | | W | **Revolving account opened 2008-12-02**<br><br>**Credit card charges** | | | | **433.00** |
| ACCOUNT NO. **1005**<br>**Amex**<br>**PO Box 981537**<br>**El Paso, TX  79998** | | H | **Open account opened**<br><br>**Credit card charges** | | | | **15,217.61** |
| ACCOUNT NO. **1001**<br>**Aramark Financial**<br>**1101 Market St**<br>**Philadelphia, PA  19107** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **3,818.34** |
| ACCOUNT NO. **4411**<br>**AT&T**<br>**PO Box 769**<br>**Arlington, TX  76004** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **399.35** |
| ACCOUNT NO. **9111**<br>**AT&T Midwest**<br>**2000 AT&T Center Dr**<br>**Hoffman Estates, IL  60192** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **347.18** |
| ACCOUNT NO.<br>**CBCS**<br>**PO Box 69**<br>**Columbus, OH  43216** | | | **Assignee or other notification for:**<br>**AT&T Midwest** | | | | |
| ACCOUNT NO. **5076**<br>**Bank Of America**<br>**PO Box 17054**<br>**Wilmington, DE  19850** | | W | **Revolving account opened 2003-06-02**<br><br>**Credit card charges** | | | | **3.00** |

Sheet no. __**2**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **20,218.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**       Case No. _____

      Debtor(s)                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3026** <br><br> **Bella Brew Coffee & Beverage Co** <br> **7742 W 99th St** <br> **Hickory Hills, IL 60457** | | J | **Open account opened** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **353.50** |
| ACCOUNT NO. **9099** <br><br> **Biehl & Biehl, Inc** <br> **PO Box 87410** <br> **Carol Stream, IL 60188** | | H | **Open account opened** <br><br> **La Bella Pasteria business debt/Personal guarantee** | | | | **1,131.00** |
| ACCOUNT NO. **6675** <br><br> **Capital One Bank** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | H | **Judgment entered 2010-10-14** <br><br> **Credit card charges** | | | | **8,073.00** |
| ACCOUNT NO. <br><br> **Blitt & Gaines, PC** <br> **661 Glenn Ave** <br> **Wheeling, IL 60090** | | | **Assignee or other notification for: Capital One Bank** | | | | |
| ACCOUNT NO. **3778** <br><br> **Capital One Bank** <br> **PO Box 85520** <br> **Richmond, VA 23285** | | H | **Judgment entered 2010-10-14** <br><br> **Credit card debt** | | | | **20,993.17** |
| ACCOUNT NO. <br><br> **Blitt & Gaines, PC** <br> **661 Glenn Ave** <br> **Wheeling, IL 60090** | | | **Assignee or other notification for: Capital One Bank** | | | | |
| ACCOUNT NO. **3260** <br><br> **Clarendon Hills Partners LLC** <br> **5 Charleston** <br> **Hinsdale, IL 60521** | | J | **Judgment entered 2011-04-14** <br><br> **PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | **95,000.00** |

Sheet no. **3** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **125,550.67**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pace, Michael J & Pace, Diane** _____    Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Daniel Curth<br>Freeborn & Peters<br>311 S Wacker Dr Ste 3000<br>Chicago, IL 60606** | | | **Assignee or other notification for:<br>Clarendon Hills Partners LLC** | | | | |
| ACCOUNT NO. **2013**<br><br>**ComEd<br>PO Box 611<br>Carol Stream, IL 60197** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **3,293.56** |
| ACCOUNT NO.<br><br>**I.C. System, Inc<br>444 Highway 96 East<br>St Paul, MN 55164** | | | **Assignee or other notification for:<br>ComEd** | | | | |
| ACCOUNT NO. **6069**<br><br>**ComEd<br>PO Box 611<br>Carol Stream, IL 60197** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **1,824.65** |
| ACCOUNT NO. **3083**<br><br>**ComEd<br>PO Box 6111<br>Carol Stream, IL 60197** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **76.52** |
| ACCOUNT NO.<br><br>**Community Bank Of Oak Park River Forest<br>1001 Lake St<br>Oak Park, IL 60301** | | J | **Short Sale on Commerical Building** | | | | **40,000.00** |
| ACCOUNT NO. **4347**<br><br>**Darling Dba Torvac<br>3000 W Wireton Rd<br>Blue Island, IL 60406** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **141.00** |

Sheet no. **4** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **45,335.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane

Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0314**<br>Dex One<br>PO Box 9001401<br>Louisville, KY  40290 | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | 1,290.34 |
| ACCOUNT NO. **9177**<br>Directv<br>PO Box 6550<br>Greenwood Village, CO  80155 | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 192.98 |
| ACCOUNT NO. **7685**<br>Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE  19850 | | H | **Revolving account opened 2006-11-01**<br><br>**Credit card charges** | | | | 26,177.00 |
| ACCOUNT NO.<br>Weltman, Weinberg & Reis<br>180 N LaSalle St Ste 2400<br>Chicago, IL  60601 | | | **Assignee or other notification for:**<br>**Discover Fin Svcs Llc** | | | | |
| ACCOUNT NO. **2137**<br>Ecolab<br>PO Box 70343<br>Chicago, IL  60673 | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 289.95 |
| ACCOUNT NO. **8073**<br>Edward Don & Company<br>2562 Payshere Cir<br>Chicago, IL  60674 | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 4,311.84 |
| ACCOUNT NO. **9223**<br>Edward Don & Company<br>2562 Payshere Cir<br>Chicago, IL  60674 | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | 5,264.08 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **5** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 37,526.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane                    Case No. _____
    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Employco, Inc<br>350 East Ogden Ave<br>Westmont, IL 60559 | | J | Open account opened<br><br>Scapa/LaBella business debt/personal guarantee | | | | 20,000.00 |
| ACCOUNT NO.<br><br>First Chicago Bank & Trust<br>1145 N Arlington Heights Rd<br>Itasca, IL 60143 | X | H | Secured business loan opened 2009<br><br>Scapa Italian Kitchen business debt/personal guarantee | | | | 106,800.00 |
| ACCOUNT NO. 9895<br><br>First Data Merchant Services<br>1307 Walt Whitman Rd<br>Melville, NY 11747 | | H | Open account opened<br><br>La Bella Pasteria business debt/Personal guarantee | | | | 50.00 |
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc<br>507 Prudential Rd<br>Horsham, PA 19044 | | | Assignee or other notification for:<br>First Data Merchant Services | | | | |
| ACCOUNT NO.<br><br>First National Bank Of Brookfield<br>9136 Washington Ave<br>Brookfield, IL 60513 | | J | Open account opened 2009-70-16<br><br>Scapa Italian Kitchen business debt/Personal guarantee | | | | 57,776.00 |
| ACCOUNT NO.<br><br>Gold Star Seaford, Inc<br>2300 W 41st St<br>Chicago, IL 60609 | | J | Open account opened<br><br>Scapa Italian Kitchen business debt/Personal guarantee | | | | 316.50 |
| ACCOUNT NO. var<br><br>Greco & Sons, Inc.<br>1550 Hecht Rd<br>Bartlett, IL 60103 | | H | Open account opened<br><br>La Bella Pasteria business debt/Personal guarantee | | | | 4,554.64 |

Sheet no. __6__ of __17__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 189,497.14

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane
_____  Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3345** <br> **HSBC Bank** <br> **PO Box 52530** <br> **Carol Stream, IL  60196** | | H | **Revolving account opened 2008-10-07** <br><br> **Credit card charges** | | | | **184.00** |
| ACCOUNT NO. <br> **Ifunds Cash Solutions, LLC** <br> **40 Burton Hills #415** <br> **Nashville, TN  37215** | | J | **Open account opened** <br><br> **Cash advance/personal guarantee** | | | | **70,000.00** |
| ACCOUNT NO.  **Var** <br> **International Meat Company, Inc** <br> **7107 W Grand Ave** <br> **Chicago, IL  60707** | | H | **Open account opened** <br><br> **La Bella Pasteria business debt/Personal guarantee** | | | | **4,615.96** |
| ACCOUNT NO. **4159** <br> **J & M Tile, Inc** <br> **7700 S Grant St** <br> **Burr Ridge, IL  60527** | | H | **Judgment entered 2010-06-24** <br><br> **La Bella Pasteria business debt/Personal guarantee** | | | | **9,250.93** |
| ACCOUNT NO. <br> **Giamanco & Ooink** <br> **340 Quadrangle Dr Ste A** <br> **Bolingbrook, IL  60440** | | | **Assignee or other notification for:** <br> **J & M Tile, Inc** | | | | |
| ACCOUNT NO. **6152** <br> **Kohls** <br> **N56 W 17000 Ridgewood Dr** <br> **Menomonee Falls, WI  53051** | | W | **Revolving account opened 2009-06-04** <br><br> **Credit card charges** | | | | **62.00** |
| ACCOUNT NO. **1261** <br> **Labriola Baking Company, Inc** <br> **3701 W 128th Pl** <br> **Alsip, IL  60803** | | J | **Open account opened** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **426.17** |

Sheet no. **7** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **84,539.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8509**<br>**Land Rover**<br>**PO Box 542000**<br>**Omaha, NE  68154** | | H | **Installment account opened 2006-10-18**<br><br>**Vehicle lease - judgment entered** | | | | 2,815.22 |
| ACCOUNT NO.<br>**Freedman Anselmo Lindberg LLC**<br>**1807 W Diehl Rd Ste 3333**<br>**Naperville, IL  60566** | | | **Assignee or other notification for:**<br>**Land Rover** | | | | |
| ACCOUNT NO. **b002**<br>**Liborio Baking Company, Inc**<br>**8212 W Grand Ave**<br>**River Grove, IL  60171** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 866.00 |
| ACCOUNT NO. **6372**<br>**Loyola University Medical Center**<br>**2160 S 1st Ave**<br>**Maywood, IL  60157** | | H | **Open account opened**<br><br>**Medical debt** | | | | 2,287.51 |
| ACCOUNT NO.<br>**Nationwide Credit & Collection**<br>**815 Commerce Dr Ste 100**<br>**Oak Brook, IL  60523** | | | **Assignee or other notification for:**<br>**Loyola University Medical Center** | | | | |
| ACCOUNT NO. **6900**<br>**Lyon Financial Services Inc**<br>**Legal Department**<br>**1450 Channel Pkwy**<br>**Marshall, MN  56258** | | H | **Judgment entered 2010-11-01**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 36,819.75 |
| ACCOUNT NO.<br>**Juyon Ham**<br>**Askounis & Darcy, PC**<br>**401 N Michigan Ave Ste 550**<br>**Chicago, IL  60611** | | | **Assignee or other notification for:**<br>**Lyon Financial Services Inc** | | | | |

Sheet no. **8** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  42,788.48

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane          Case No. _____
_____
Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4920**<br>**Macys/DSNB**<br>**911 Duke Blvd**<br>**Mason, OH  45040** | | J | **Revolving account opened 1987-06-01**<br><br>**Credit card charges** | | | | 94.00 |
| ACCOUNT NO. **2643**<br>**Maestranzi Bros**<br>**4715 N Ronald St**<br>**Harwood Heights, IL  60706** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 125.00 |
| ACCOUNT NO. **0897**<br>**McCarthy, Burgess & Wolff**<br>**Muzak**<br>**26000 Cannon Rd**<br>**Cleveland, OH  44146** | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | 1,774.61 |
| ACCOUNT NO. **2790**<br>**Metropolitan Bank**<br>**2201 W Cermak Rd**<br>**Chicago, IL  60608** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 318.21 |
| ACCOUNT NO.<br>**Michael & Yvonne Sperandeno** | | J | **Business loan**<br><br>**Scapa Italian Kitchen business debt/personal guarantee** | | | | 0.00 |
| ACCOUNT NO. **capa**<br>**Michele Baking Company**<br>**3140 N Mannheim Rd**<br>**Franklin Park, IL  60131** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 32.20 |
| ACCOUNT NO. **3398**<br>**Nicor Gas**<br>**1844 Ferry Road**<br>**Naperville, IL  60563** | | W | **Open account opened 2000-06**<br><br>**Utility charges** | | | | 112.00 |

Sheet no. __**9**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,456.02**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2144**<br>**Nicor Gas**<br>**1844 Ferry Rd**<br>**Naperville, IL  60563** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 836.40 |
| ACCOUNT NO. **4429**<br>**Nicor Gas**<br>**PO Box 632**<br>**Aurora, IL  60507** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 2,598.33 |
| ACCOUNT NO. **9899**<br>**Nordstrom FSB**<br>**PO Box 6555**<br>**Englewood, CO  80155** | | J | **Revolving account opened 1991-07-25**<br><br>**Credit card charges** | | | | 74.00 |
| ACCOUNT NO.<br>**Olympia Maintenance**<br>**3025 Soffel**<br>**Melrose Park, IL  60160** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 961.00 |
| ACCOUNT NO. **2072**<br>**Pasta Factory**<br>**11225 W Grand Ave**<br>**Northlake, IL  60164** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 364.00 |
| ACCOUNT NO.<br>**Perfect Pasta, Inc**<br>**31 Fairbank Unit A**<br>**Addison, IL  60101** | | J | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | 692.50 |
| ACCOUNT NO.<br>**Perfect Pasta, Inc**<br>**31 Fairbank Unit A**<br>**Addison, IL  60101** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | 1,209.50 |

Sheet no. **10** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,735.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1466**<br>**Radiant Systems**<br>**600 Morgan Falls Rd Ste 260**<br>**Atlanta, GA  30350** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **50.00** |
| ACCOUNT NO. **3745**<br>**Radiant Systems**<br>**3925 Brookside Pkwy**<br>**Alpharetta, GA  30022** | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | **50.00** |
| ACCOUNT NO. **9450**<br>**Regions Bank**<br>**PO Box 11007**<br>**Birmingham, AL  35288** | | H | **Revolving account opened 1999-02-18**<br><br>**Line of Credit** | | | | **287,027.00** |
| ACCOUNT NO. **0418**<br>**Rewards Network Establishment Services**<br>**2 N Riverside Plz #950**<br>**Chicago, IL  60606** | | J | **Open account opened 2009-01**<br><br>**Credit card charges** | | | | **30,165.00** |
| ACCOUNT NO.<br>**Roberts & Weddle, LLC**<br>**111 N Canal Ste 885**<br>**Chicago, IL  60606** | | | **Assignee or other notification for:**<br>**Rewards Network Establishment Services** | | | | |
| ACCOUNT NO.<br>**Wexler & Wexler**<br>**500 W Madison St Ste 450**<br>**Chicago, IL  60661** | | | **Assignee or other notification for:**<br>**Rewards Network Establishment Services** | | | | |
| ACCOUNT NO. **3407**<br>**RH Donnelley Publishing & Advertising**<br>**5000 College Blvd**<br>**Overland Park, KS  66211** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **1,426.87** |

Sheet no. **11** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **318,718.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Pace, Michael J & Pace, Diane
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JSD Management, Inc <br> 1283 College Park Dr <br> Dover, DE 19904 | | | Assignee or other notification for: <br> RH Donnelley Publishing & Advertising | | | | |
| ACCOUNT NO. 1936 <br> RM Services <br> 625 Estes Ave <br> Schaumburg, IL 60193 | | H | Open account opened <br><br> La Bella Pasteria business debt/Personal guarantee | | | | 157.00 |
| ACCOUNT NO. 4087 <br> Rose Pest Solutions <br> 19W050 North Ave <br> Lombard, IL 60148 | | J | Open account opened <br><br> Scapa Italian Kitchen business debt/Personal guarantee | | | | 390.00 |
| ACCOUNT NO. 1563 <br> Royal Publishing <br> 7620 N Harker Dr <br> Peoria, IL 61615 | | H | Open account opened <br><br> La Bella Pasteria business debt/Personal guarantee | | | | 65.00 |
| ACCOUNT NO. 2169 <br> Sander Moy <br> C/O Stephen L Tyma <br> 105 W Madison St Ste 2200 <br> Chicago, IL 60602 | | H | Judgment entered 2010-10-28 <br><br> Scapa Italian Kitchen business debt/personal guarantee-judgment | | | | 14,807.00 |
| ACCOUNT NO. 4360 <br> Schultz Inc <br> 3215 59th Ave <br> Cicero, IL 60804 | | H | Open account opened <br><br> La Bella Pasteria business debt/Personal guarantee | | | | 941.23 |
| ACCOUNT NO. 6381 <br> Schultz Inc <br> 3215 59th Ave <br> Cicero, IL 60804 | | J | Open account opened <br><br> PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee | | | | 305.52 |

Sheet no. **12** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **16,665.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Pace, Michael J & Pace, Diane

Debtor(s)                                    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9913**<br>**Sears/CBSD**<br>**PO Box 6189**<br>**Sioux Falls, SD 57117** | | J | Revolving account opened 2002-04-09<br><br>Credit card charges | | | | **6,227.00** |
| ACCOUNT NO.<br>**Southern Wine & Spirits Of Illinois**<br>**300 E Crossroads Pkwy**<br>**Bolingbrook, IL 60440** | | H | Open account opened<br><br>La Bella Pasteria business debt/Personal guarantee | | | | **7,512.74** |
| ACCOUNT NO.<br>**Randall & Richards**<br>**5151 E Braoday Blvd 8th Fl**<br>**Tuscon, AZ 85711** | | | Assignee or other notification for:<br>Southern Wine & Spirits Of Illinois | | | | |
| ACCOUNT NO.<br>**Southern Wine & Spirits Of Illinois**<br>**300 E Crossroads Pkwy**<br>**Bolingbrook, IL 60440** | | W | Open account opened<br><br>Scapa Italian Kitchen business debt/Personal guarantee | | | | **2,300.00** |
| ACCOUNT NO.<br>**SPS Partners, LLC**<br>**4401 Roosevelt Rd**<br>**Hillside, IL 60162** | X | J | Pledge Agreement opened 2009<br><br>Scapa Italian Kitchen business debt/personal guarantee | | | | **100,000.00** |
| ACCOUNT NO. **6840**<br>**Sun-Times Media**<br>**8231 Solutions Center**<br>**Chicago, IL 60677** | | J | Open account opened<br><br>Scapa Italian Kitchen business debt/Personal guarantee | | | | **3,448.50** |
| ACCOUNT NO.<br>**Supreme Lobster & Seafood Company**<br>**220 E North Ave**<br>**Villa Park, IL 60181** | | | Open account opened<br><br>La Bella Pasteria business debt/Personal guarantee | | | | **1,519.37** |

Sheet no. **13** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **121,007.61**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gordon Rappold & Miller, LLC**<br>**20 S Clark St Ste 2600**<br>**Chicago, IL  60603** | | | Assignee or other notification for:<br>**Supreme Lobster & Seafood Company** | | | | |
| ACCOUNT NO. **9831**<br>**Supreme Lobster & Seafood Company**<br>**220 E North Ave**<br>**Villa Park, IL  60181** | | J | Open account opened<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **4,200.00** |
| ACCOUNT NO.<br>**Supreme Lobster & Seafood Company**<br>**220 E North Ave**<br>**Villa Park, IL  60181** | | J | Open account opened<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | **3,713.47** |
| ACCOUNT NO.<br>**Gordon Rappold & Miller, LLC**<br>**20 S Clark St Ste 2600**<br>**Chicago, IL  60603** | | | Assignee or other notification for:<br>**Supreme Lobster & Seafood Company** | | | | |
| ACCOUNT NO. **3707**<br>**Total Management Systems, Inc**<br>**900 W Fullerton Ave**<br>**Addison, IL  60101** | | H | Open account opened<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **151.86** |
| ACCOUNT NO. **2456**<br>**Turano Baking Co**<br>**36749 Eagle Way**<br>**Chicago, IL  60678** | | H | Open account opened<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **2,202.44** |
| ACCOUNT NO. **5338**<br>**US Bank**<br>**PO Box 130**<br>**Hillsboro, OH  45133** | | H | Installment account opened 2005-04-26<br><br>**Credit card charges** | | | | **620.00** |

Sheet no. **14** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,887.77**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5605** <br> **US Bank** <br> **PO Box 5227** <br> **Cincinnati, OH  45201** | | J | **Revolving account opened 2008-05-28** <br><br> **Line of credit charge** | | | | **367.00** |
| ACCOUNT NO. **2217** <br> **US Bank** <br> **4325 17th Ave S** <br> **Fargo, ND  58125** | | H | **Revolving account opened 2006-11-01** <br><br> **Credit card charges** | | | | **37.00** |
| ACCOUNT NO. **8998** <br> **US Foodservice** <br> **800 Supreme Dr** <br> **Bensenville, IL  60106** | | H | **Open account opened** <br><br> **La Bella Pasteria business debt/Personal guarantee** | | | | **6,372.46** |
| ACCOUNT NO. <br> **Teller, Levit & Silvertrust, PC** <br> **11 E Adams St Ste 800** <br> **Chicago, IL  60603** | | | **Assignee or other notification for: US Foodservice** | | | | |
| ACCOUNT NO. **0692** <br> **US Foodservice** <br> **800 Supreme Dr** <br> **Bensenville, IL  60106** | | J | **Open account opened** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **8,802.42** |
| ACCOUNT NO. <br> **CST Co** <br> **PO Box 33127** <br> **Louisville, KY  40232** | | | **Assignee or other notification for: US Foodservice** | | | | |
| ACCOUNT NO. **2734** <br> **Veolia ES Solid Waste Midwest** <br> **4612 W Lake St** <br> **Melrose Park, IL  60160** | | J | **Open account opened** <br><br> **Scapa Italian Kitchen business debt/Personal guarantee** | | | | **1,027.13** |

Sheet no. __**15**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **16,606.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)    Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6952**<br>**Verizon Wireless**<br>**PO Box 25505**<br>**Lehigh Valley, PA  18002** | | H | **Open account opened**<br><br>**Cell phone charges** | | | | **895.48** |
| ACCOUNT NO.<br>**Vantage Sourcing**<br>**PO Box 6786**<br>**Dothan, AL  36302** | | | **Assignee or other notification for:**<br>**Verizon Wireless** | | | | |
| ACCOUNT NO.<br>**Vicent M Marotta & Associates, Ltd.**<br>**1515 N Harlem Ave Ste 106**<br>**Oak Park, IL  60302** | | J | **Professional services**<br><br>**La Bella Pasteria business debt/personal guarantee** | | | | **6,308.00** |
| ACCOUNT NO. **2411**<br>**Village Of Clarendon Hills**<br>**1 N Prospect Ave**<br>**Clarendon Hills, IL  60514** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **250.00** |
| ACCOUNT NO. **0325**<br>**Village Of Clarendon Hills**<br>**1 N Prospect Ave**<br>**Clarendon Hills, IL  60514** | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | **803.28** |
| ACCOUNT NO.<br>**Working Hands Legal Clinic**<br>**77 W Washington St Ste 1402**<br>**Chicago, IL  60602** | | | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **412.00** |
| ACCOUNT NO. **5047**<br>**Yellowbook**<br>**PO Box 3162**<br>**Cedar Rapids, IA  52406** | | H | **Open account opened**<br><br>**La Bella Pasteria business debt/Personal guarantee** | | | | **4,391.87** |

Sheet no. __**16**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,060.63**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clovis & Roche**<br>**1402 S Magnolia St Ste K**<br>**Hammond, LA 70403** | | | **Assignee or other notification for:**<br>**Yellowbook** | | | | |
| ACCOUNT NO.<br>**Slater, Tenaglia, Fritz & Hunt**<br>**PO Box 95000**<br>**Philadelphia, PA 19195** | | | **Assignee or other notification for:**<br>**Yellowbook** | | | | |
| ACCOUNT NO. **NJXW**<br>**Yellowbook**<br>**PO Box 3162**<br>**Cedar Rapids, IA 52406** | | J | **Open account opened**<br><br>**Scapa Italian Kitchen business debt/Personal guarantee** | | | | **4,446.25** |
| ACCOUNT NO.<br>**Rauch-Milliken International, Inc**<br>**PO Box 8390**<br>**Metairie, LA 70011** | | | **Assignee or other notification for:**<br>**Yellowbook** | | | | |
| ACCOUNT NO. **0XBZ**<br>**Yellowbook**<br>**PO Box 3162**<br>**Cedar Rapids, IA 52406** | | J | **Open account opened**<br><br>**PSP Restaurants Inc d/b/a Tres Agaves business debt/Personal guarantee** | | | | **591.58** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **17** of **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,037.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,262,874.47**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Pace, Michael J & Pace, Diane**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Pace, Michael J & Pace, Diane                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Scatchell**<br>**1 Walker Ave**<br>**Clarendon Hills, IL  60514** | **First Chicago Bank & Trust**<br>**1145 N Arlington Heights Rd**<br>**Itasca, IL  60143**<br><br>**SPS Partners, LLC**<br>**4401 Roosevelt Rd**<br>**Hillside, IL  60162** |
| **Joseph Pace**<br>**1 Walker Ave**<br>**Clarendon Hills, IL  60514** | **First Chicago Bank & Trust**<br>**1145 N Arlington Heights Rd**<br>**Itasca, IL  60143**<br><br>**SPS Partners, LLC**<br>**4401 Roosevelt Rd**<br>**Hillside, IL  60162** |
| **Kim Pace**<br>**1 Walker Ave**<br>**Clarendon Hills, IL  60514** | **AdvanceMe, Inc.**<br>**2015 Vaughn Rd Bldg 500**<br>**Kennesaw, GA  30144**<br><br>**SPS Partners, LLC**<br>**4401 Roosevelt Rd**<br>**Hillside, IL  60162** |
| **Rose Ann Pileggi**<br>**PO Box 5223**<br>**Forest Park, IL  60305** | **Forest Park National Bank & Trust Co**<br>**7348 W Madison St**<br>**Forest Park, IL  60130** |
| **Wendy Scatchell**<br>**1 Walker Ave**<br>**Clarendon Hills, IL  60514** | **AdvanceMe, Inc.**<br>**2015 Vaughn Rd Bldg 500**<br>**Kennesaw, GA  30144**<br><br>**SPS Partners, LLC**<br>**4401 Roosevelt Rd**<br>**Hillside, IL  60162** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE Pace, Michael J & Pace, Diane                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son** | AGE(S):<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **See Schedule Attached** | **See Schedule Attached** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---:|---:|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 2,942.86 | $ 4,208.84 |
| 2. Estimated monthly overtime | $ | | $ |
| **3. SUBTOTAL** | $ | 2,942.86 | $ 4,208.84 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | $ | | $ 413.40 |
| b. Insurance | $ | | $ |
| c. Union dues | $ | | $ |
| d. Other (specify) _____ | $ | | $ |
| | $ | | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 0.00 | $ 413.40 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | 2,942.86 | $ 3,795.44 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ |
| 8. Income from real property | $ | | $ |
| 9. Interest and dividends | $ | | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | | $ |
| | $ | | $ |
| 12. Pension or retirement income | $ | | $ |
| 13. Other monthly income (Specify) _____ | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | 2,942.86 | $ 3,795.44 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ _____ 6,738.30

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pace, Michael J & Pace, Diane** _____ Case No. _____

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Employco, Inc** | **Employco, Inc** |
| How long employed | | |
| Address of Employer | **350 East Ogden Ave** **Westmont, IL  60559** | **350 East Ogden Ave** **Westmont, IL  60559** |
| | | |
| Occupation | | |
| Name of Employer | **Scapa Inc** | **Levy Premium FoodService LP** |
| How long employed | | **1 years** |
| Address of Employer | **1 Walker Ave** **Clarendon Hills, IL  60514** | **980 N Michigan Ave Ste 500** **Chicago, IL  60611** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** Pace, Michael J & Pace, Diane                                                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 8,868.00 |
|   a. Are real estate taxes included?    Yes ✓  No ____ | | |
|   b. Is property insurance included?  Yes ____  No ✓ | | |
| 2. Utilities: | | |
|   a. Electricity and heating fuel | $ | 670.00 |
|   b. Water and sewer | $ | 105.00 |
|   c. Telephone | $ | |
|   d. Other  **Cable, Internet, Phone** | $ | 225.00 |
|     **Cell Phone** | $ | 210.00 |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | 290.00 |
|   b. Life | $ | 1,069.00 |
|   c. Health | $ | 1,009.00 |
|   d. Auto | $ | 300.00 |
|   e. Other  **Disability** | $ | 203.00 |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) **Taxes** | $ | 1,375.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | 321.00 |
|   b. Other  **Auto** | $ | 367.00 |
|     **HELOC** | $ | 792.36 |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                        $    16,704.36

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | 6,738.30 |
|   b. Average monthly expenses from Line 18 above | $ | 16,704.36 |
|   c. Monthly net income (a. minus b.) | $ | -9,966.06 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Pace, Michael J & Pace, Diane</u>

Debtor(s)    Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 1, 2011** _____    Signature: */s/ Michael J Pace* _____

**Michael J Pace**    Debtor

Date: **July 1, 2011** _____    Signature: */s/ Diane Pace* _____

**Diane Pace**    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____

Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7)(04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Pace, Michael J & Pace, Diane                                           Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 38,572.00 | 2009 - W-2 Wages & Earnings - Husband & Wife |
| 52,966.00 | 2010 - W-2 Wages & Earnings - Husband & Wife |
| 33,531.00 | 2011 - Wages & Earnings |

**2. Income other than from employment or operation of business**

None☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 65,342.00 | 2009 - Rental Property |
| -39,844.00 | 2010 - Rental Property |
| 858.00 | 2010 - Advocate Counseling Centers |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **J&M Tile Inc v. La Bella et al 08 M3 4159** | **Contract** | **Circuit Court of Cook County, IL - 3rd Municipal District 2121 Euclid Ave, Rolling Meadows, IL 60008** | **Pending** |
| **Ford Motor Credit Co et al v Pace et al 10 M1 123584** | **Contract** | **Circuit Court of Cook County, IL - 1st Municipal District Richard J Daley Center, 50 W Washington St, Chicago, IL 60602** | **Pending** |
| **Lyon Financial Services Inc v. Pace et al 10 L 6900** | **Contract** | **Circuit Court of Cook County, IL - County Department, Law Division Richard J Daley Center, 50 W Washington St, Chicago, IL 60602** | **Pending** |
| **8E1 Hinsdale LLC v. Pace, et al 07 L 12125** | **Contract** | **Circuit Court of Cook County, IL - County Department, Law Divsion Richard J Daley Center, 50 W Washington St, Chicago, IL 60602** | **Pending** |
| **Capital One Bank v. Pace et al 10 M1 116675** | **Contract** | **Circuit Court of Cook County, IL - 1st Municipal District Richard J Daley Center, 50 W Washington St, Chicago, IL 60602** | **Pending** |
| **Capital One Bank v. Pace, et al 10 M1 123778** | **Contract** | **Circuit Court of Cook County, IL - 1st Municipal District Richard J Daley Center, 50 W Washington St, Chicago, IL 60602** | **Pending** |
| **La Bella Pasteria, et al v. Moy, et al** | **Contract** | **Circuit Court of Cook County, IL - 4th Municipal District** | **Pending** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 06 M4 2169 | | 1500 Maybrook Ave, Maywood, IL 60153 | |
| Rewards Network Es v. Pace, et al<br>09 M1 142485 | Contract | Circuit Court of Cook County, IL - 1st Municipal District<br>Richard J Daley Center, 50 W Washington St, Chicago, IL 60602 | Pending |
| Clarendon Hills Partners LLC v. Tres Mexican Kitchen, et al<br>10 LM 3260 | Contract | Circuit Court of the 18th Judicial Circuit - DuPage, IL<br>505 N County Farm Rd, Wheaton, IL 60187 | Pending |
| AdvanceMe, Inc v. Scapa, et al<br>2011-A-1118-5 | Contract | Cobb County State Court, Georgia<br>12 East Park Square, Marrietta, GA 30090 | Unknown |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Marc H Weinstein & Associates, Ltd.<br>4415 W Harrison St - Ste 234<br>Hillside, IL  60162 | 5/13/2011 | 2,650.00 |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 1, 2011**        Signature   */s/ Michael J Pace*
                               of Debtor                                                     **Michael J Pace**

Date: **July 1, 2011**        Signature   */s/ Diane Pace*
                               of Joint Debtor                                           **Diane Pace**
                               (if any)

                                   **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Pace, Michael J & Pace, Diane                            Chapter **7** _____
_____
          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BAC Home Loans Servicing** | **Describe Property Securing Debt:**<br>**Residence: 730 Lathrop Ave, River Forest, IL 60305** |

Property will be *(check one)*:
  ☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Chase Mortgage** | **Describe Property Securing Debt:**<br>**Residence: 730 Lathrop Ave, River Forest, IL 60305** |

Property will be *(check one)*:
  ☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
  ☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**July  1, 2011**_____     ***/s/ Michael J Pace***_____
                                            Signature of Debtor

                                            ***/s/ Diane Pace***_____
                                            Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**VW Credit Inc** | **Describe Property Securing Debt:**<br>**2005 Volkswagen** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**VW Credit Inc** | **Describe Property Securing Debt:**<br>**2008 Volkswagen** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Continuation sheet ___1___ of ___1___

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                                        Case No. _____

**Pace, Michael J & Pace, Diane** _____    Chapter **7** _____
_____ Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within
    one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation
    of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,650.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,650.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement,
    together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy
proceeding.

_____**July  1, 2011**_____    _/s/ Brett A. Kaufman_____
                    Date                          Brett A. Kaufman 6280329
                                                  Marc H Weinstein & Associates
                                                  4415 W Harrison St - Ste 234
                                                  Hillside, IL  60162
                                                  (708) 375-5500 Fax: (708) 375-5503
                                                  brett@mhwlaw.net

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (12/09)                                                                                                    Page 2

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Case No. _____

**Pace, Michael J & Pace, Diane**

Chapter **7** _____

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Pace, Michael J & Pace, Diane**                    **X** */s/ Michael J Pace*                    **7/01/2011**
Printed Name(s) of Debtor(s)                              Signature of Debtor                              Date

Case No. (if known) _____    **X** */s/ Diane Pace*                    **7/01/2011**
                                                                Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Pace, Michael J
730 Lathrop Ave
River Forest, IL  60305

Amex
PO. Box 981537
El Paso, TX  79998

CBCS
PO Box 69
Columbus, OH  43216

Pace, Diane
730 Lathrop Ave
River Forest, IL  60305

Aramark Financial
1101 Market St
Philadelphia, PA  19107

Chase Mortgage
10790 Rancho Berna
San Diego, CA  92127

Marc H Weinstein & Associates
4415 W Harrison St - Ste 234
Hillside, IL  60162

AT&T
PO Box 769
Arlington, TX  76004

Clarendon Hills Partners LLC
5 Charleston
Hinsdale, IL  60521

4E1 Hinsdale, LLC
431 S Dearborn St Ste 203
Chicago, IL  60605

AT&T Midwest
2000 AT&T Center Dr
Hoffman Estates, IL  60192

Clovis & Roche
1402 S Magnolia St Ste K
Hammond, LA  70403

AdvanceMe, Inc.
2015 Vaughn Rd Bldg 500
Kennesaw, GA  30144

BAC Home Loans Servicing
450 American St
Simi Valley, CA  93065

ComEd
PO Box 611
Carol Stream, IL  60197

Advanta Bank Corp
PO Box 844
Spring House, PA  19477

Bank Of America
PO Box 17054
Wilmington, DE  19850

ComEd
PO Box 6111
Carol Stream, IL  60197

Alsco Chicago
2641 S Leavitt
Chicago, IL  60608

Bella Brew Coffee & Beverage Co
7742 W 99th St
Hickory Hills, IL  60457

Community Bank Of Oak Park River Forest
1001 Lake St
Oak Park, IL  60301

American Marketing & Publishing, LLC
PO Box 982
DeKalb, IL  60115

Biehl & Biehl, Inc
PO Box 87410
Carol Stream, IL  60188

CST Co
PO Box 33127
Louisville, KY  40232

American Society Of Composers, Authors &
2675 Paces Ferry Rd SE Ste 350
Atlanta, GA  30339

Blitt & Gaines, PC
661 Glenn Ave
Wheeling, IL  60090

Daniel Curth
Freeborn & Peters
311 S Wacker Dr Ste 3000
Chicago, IL  60606

Amex
PO Box 981537
El Paso, TX  79998

Capital One Bank
PO Box 85520
Richmond, VA  23285

Darling Dba Torvac
3000 W Wireton Rd
Blue Island, IL  60406

**Dex One**
PO Box 9001401
Louisville, KY  40290

**Freedman Anselmo Lindberg LLC**
1807 W Diehl Rd Ste 3333
Naperville, IL  60566

**JSD Management, Inc**
1283 College Park Dr
Dover, DE  19904

**Directv**
PO Box 6550
Greenwood Village, CO  80155

**Giamanco & Ooink**
340 Quadrangle Dr Ste A
Bolingbrook, IL  60440

**Juyon Ham**
Askounis & Darcy, PC
401 N Michigan Ave Ste 550
Chicago, IL  60611

**Discover Fin Svcs Llc**
PO Box 15316
Wilmington, DE  19850

**Gold Star Seaford, Inc**
2300 W 41st St
Chicago, IL  60609

**Kohls**
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

**Ecolab**
PO Box 70343
Chicago, IL  60673

**Gordon Rappold & Miller, LLC**
20 S Clark St Ste 2600
Chicago, IL  60603

**Labriola Baking Company, Inc**
3701 W 128th Pl
Alsip, IL  60803

**Edward Don & Company**
2562 Payshere Cir
Chicago, IL  60674

**Greco & Sons, Inc.**
1550 Hecht Rd
Bartlett, IL  60103

**Land Rover**
PO Box 542000
Omaha, NE  68154

**Employco, Inc**
350 East Ogden Ave
Westmont, IL  60559

**HSBC Bank**
PO Box 52530
Carol Stream, IL  60196

**Liborio Baking Company, Inc**
8212 W Grand Ave
River Grove, IL  60171

**First Chicago Bank & Trust**
1145 N Arlington Heights Rd
Itasca, IL  60143

**I.C. System, Inc**
444 Highway 96 East
St Paul, MN  55164

**Loyola University Medical Center**
2160 S 1st Ave
Maywood, IL  60157

**First Data Merchant Services**
1307 Walt Whitman Rd
Melville, NY  11747

**Ifunds Cash Solutions, LLC**
40 Burton Hills #415
Nashville, TN  37215

**Lyon Financial Services Inc**
Legal Department
1450 Channel Pkwy
Marshall, MN  56258

**First National Bank Of Brookfield**
9136 Washington Ave
Brookfield, IL  60513

**International Meat Company, Inc**
7107 W Grand Ave
Chicago, IL  60707

**Macys/DSNB**
911 Duke Blvd
Mason, OH  45040

**Forest Park National Bank & Trust Co**
7348 W Madison St
Forest Park, IL  60130

**J & M Tile, Inc**
7700 S Grant St
Burr Ridge, IL  60527

**Maestranzi Bros**
4715 N Ronald St
Harwood Heights, IL  60706

Markoff & Krasny
29 N Wacker Dr #550
Chicago, IL  60606

Olympia Maintenance
3025 Soffel
Melrose Park, IL  60160

RM Services
625 Estes Ave
Schaumburg, IL  60193

McCarthy, Burgess & Wolff
Muzak
26000 Cannon Rd
Cleveland, OH  44146

Pasta Factory
11225 W Grand Ave
Northlake, IL  60164

Roberts & Weddle, LLC
111 N Canal Ste 885
Chicago, IL  60606

Metropolitan Bank
2201 W Cermak Rd
Chicago, IL  60608

Perfect Pasta, Inc
31 Fairbank Unit A
Addison, IL  60101

Rose Pest Solutions
19W050 North Ave
Lombard, IL  60148

Michele Baking Company
3140 N Mannheim Rd
Franklin Park, IL  60131

Radiant Systems
600 Morgan Falls Rd Ste 260
Atlanta, GA  30350

Royal Publishing
7620 N Harker Dr
Peoria, IL  61615

Nationwide Credit & Collection
815 Commerce Dr Ste 100
Oak Brook, IL  60523

Radiant Systems
3925 Brookside Pkwy
Alpharetta, GA  30022

Sander Moy
C/O Stephen L Tyma
105 W Madison St Ste 2200
Chicago, IL  60602

NCO Financial Systems, Inc
507 Prudential Rd
Horsham, PA  19044

Randall & Richards
5151 E Braodway Blvd 8th Fl
Tuscon, AZ  85711

Schultz Inc
3215 59th Ave
Cicero, IL  60804

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

Rauch-Milliken International, Inc
PO Box 8390
Metairie, LA  70011

Sears/CBSD
PO Box 6189
Sioux Falls, SD  57117

Nicor Gas
1844 Ferry Rd
Naperville, IL  60563

Regions Bank
PO Box 11007
Birmingham, AL  35288

Sentry Credit Inc
2809 Grand Ave
Everett, WA  98201

Nicor Gas
PO Box 632
Aurora, IL  60507

Rewards Network Establishment Services
2 N Riverside Plz #950
Chicago, IL  60606

Slater, Tenaglia, Fritz & Hunt
PO Box 95000
Philadelphia, PA  19195

Nordstrom FSB
PO Box 6555
Englewood, CO  80155

RH Donnelley Publishing & Advertising
5000 College Blvd
Overland Park, KS  66211

Southern Wine & Spirits Of Illinois
300 E Crossroads Pkwy
Bolingbrook, IL  60440

**SPS Partners, LLC**
4401 Roosevelt Rd
Hillside, IL  60162

**US Foodservice**
800 Supreme Dr
Bensenville, IL  60106

**Yellowbook**
PO Box 3162
Cedar Rapids, IA  52406

**Sun-Times Media**
8231 Solutions Center
Chicago, IL  60677

**Vantage Sourcing**
PO Box 6786
Dothan, AL  36302

**Supreme Lobster & Seafood Company**
220 E North Ave
Villa Park, IL  60181

**Veolia ES Solid Waste Midwest**
4612 W Lake St
Melrose Park, IL  60160

**Teller, Levit & Silvertrust, PC**
11 E Adams St Ste 800
Chicago, IL  60603

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA  18002

**Total Management Systems, Inc**
900 W Fullerton Ave
Addison, IL  60101

**Vicent M Marotta & Associates, Ltd.**
1515 N Harlem Ave Ste 106
Oak Park, IL  60302

**Transworld Systems**
1375 E Woodfield Rd #110
Schaumburg, IL  60173

**Village Of Clarendon Hills**
1 N Prospect Ave
Clarendon Hills, IL  60514

**Turano Baking Co**
36749 Eagle Way
Chicago, IL  60678

**VW Credit Inc**
1401 Franklin Blvd
Libertyville, IL  60048

**US Bank**
PO Box 130
Hillsboro, OH  45133

**Weltman, Weinberg & Reis**
180 N LaSalle St Ste 2400
Chicago, IL  60601

**US Bank**
PO Box 5227
Cincinnati, OH  45201

**Wexler & Wexler**
500 W Madison St Ste 450
Chicago, IL  60661

**US Bank**
4325 17th Ave S
Fargo, ND  58125

**Working Hands Legal Clinic**
77 W Washington St Ste 1402
Chicago, IL  60602

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                        Case No. _____

Pace, Michael J & Pace, Diane                                  Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **108**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 1, 2011** _____    */s/ Michael J Pace* _____
                                                            Debtor

                                                            */s/ Diane Pace* _____
                                                            Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only